**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringoloesq.com

December 19, 2011

**VIA ECF**
Jack Dennehy
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:     *United States v. DiMattina*, 11-Cr.-705 (JBW)

Dear Mr. Dennehy:

In response to the government's letter of December 17, 2011, the defense submits this list of its exhibits, witnesses, and anticipated testimony in advance of Tuesday's hearings.

Exhibits

1.      DX 1: FBI 302 report from 2008.

2.      DX 2: FBI 302 reports dated September 19, 2011 and Advice of Rights form.

Witnesses

1.      **Joseph Barrile**, who will testify that he was present at Mr. DiMattina's arrest and that he called Vincent Romano, Esq. and advised him that Mr. DiMattina had been arrested.

2.      **Vincent Romano, Esq.**, who will testify that he called AUSA Jack Dennehy after receiving a call from Joseph Barrile on the night of Mr. DiMattina's arrest and that he left a message informing Mr. Dennehy that he represented Mr. DiMattina.

3.      **Special Agent George Khouzami**, who the defense intends to call if the government does not, is anticipated to testify that he is the lead agent on the case and that he was present at Mr. DiMattina's arrest.  Agent Khouzami will also be questioned about events in 2008 when the FBI contacted Mr. DiMattina.

                          Sincerely,

                          ___/s/_____
                          John Meringolo
                          Meringolo & Associates, P.C.
                          375 Greenwich Street, 7th Floor
                          New York, NY 10013
                          (212) 941-2077
                          (212) 202-4936 fax
                          john@meringoloesq.com

Cc:    Honorable Jack B. Weinstein (via ECF and hand delivery)
        Clara Kalhous, Esq. (via ECF)