**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringoloesq.com

December 19, 2011

<u>VIA ECF</u>
Jack Dennehy
Assistant United States Attorney
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *United States v. DiMattina*, **11-Cr.-705 (JBW)**

Dear Mr. Dennehy:

As you are aware, the defense intends to call Vincent Romano, Esq., to testify as to the messages he left you on the night of Mr. DiMattina's arrest.  Based on the government's assertion that the contents of those messages are not discoverable at this time, we propose that you stipulate that he informed you that he represented Mr. DiMattina in the criminal matter.

If you decline to stipulate, please be advised that the defense respectfully reserves the right to call you as a witness as to the contents of the messages.  You may, therefore, find it appropriate to have co-counsel present at the hearings.

Sincerely,

____/s/_____
John Meringolo
Meringolo & Associates, P.C.
375 Greenwich Street, 7th Floor
New York, NY 10013
(212) 941-2077
(212) 202-4936 fax
john@meringoloesq.com

Cc:    Honorable Jack B. Weinstein (via ECF and hand delivery)
       Clara Kalhous, Esq. (via ECF)