UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

FRANK DIMATTINA,

Defendant.

ORDER

11-CR-705

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 29 2011 ★
BROOKLYN OFFICE

JACK B. WEINSTEIN, Senior United States District Judge:

All outstanding *in limine* and other motions shall be heard prior to jury selection on January 3, 2012 at 9:30 a.m.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: December 28, 2011
       Brooklyn, New York