UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
United States of America

      Plaintiff(s)

 -against-

FRANK DiMATTINA
      Defendant(s)
------------------------------------------------------------------ x

Ind. #: 11 CR 705

NOTICE OF APPEARANCE

**SIRS:**

  **PLEASE TAKE NOTICE**, that the undersigned hereby appears in the above-entitled criminal action, and that the undersigned has been retained as Attorney.

Dated: Staten Island, New York
    February 15, 2012

            Yours, etc.,

            Conigatti & Ryan by:

            _____
            Michael J. Ryan (MR3427)

            Attorneys for Defendant(s)

Offices located at:

67 New Dorp Plaza
Staten Island, New York 10306
Phone: (718) 351-1111
Fax: (718) 351-8616

To: Clerk of United States District Court   United States Attorney
   Eastern District of New York       Eastern District of New York
   225 Cadman Plaza East         1 Pierrepont Plaza
   Brooklyn, New York 11201       Brooklyn, New York 11201
                       Attn. AUSA Jack Dennehy

128089.1