# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11 CR 705-01 (JBW) |
| FRANK DIMATTINA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRANK DIMATTINA

Date: February 20, 2012

*Attorney's signature*

LAWRENCE H. SCHOENBACH, ESQ.
*Printed name and bar number*
Law Offices of Lawrence H. Schoenbach, PLLC
111 Broadway, Suite 1305
New York, New York 10006

*Address*

schoenbachlawoffice@att.net
*E-mail address*

212 346-2400
*Telephone number*

212 346-4665
*FAX number*