LAW OFFICES OF
# LAWRENCE H. SCHOENBACH, PLLC
A PROFESSIONAL LIMITED LIABILITY COMPANY

LAWRENCE H. SCHOENBACH*
PARTNER, INSTITUTE FOR TAX AND
COMMERCIAL LAW, CH-ZÜRICH

OF COUNSEL:
ELLEN BESSIS**
JÜRG BRAND***
ERICA B. POPKIN
A. JEFFREY WEISS****

*ALSO ADMITTED IN D. PUERTO RICO AND U.S.V.I.
**ADMITTED IN FRANCE ONLY
***ADMITTED IN SWITZERLAND ONLY
****ALSO ADMITTED IN U.S.V.I. AND ILL.

THE TRINITY BUILDING
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
(212) 346-2400

FACSIMILE (212) 346-4665

SCHOENBACHLAWOFFICE@ATT.NET
WWW.SCHOENBACHLAW.US

108 BOULEVARD DU MONTPARNASSE
75014, PARIS, FRANCE

TALSTRASSE 82
POSTFACH 4818
8022, ZÜRICH, SWITZERLAND

2111 COMPANY STREET
CHRISTIANSTED, ST. CROIX
U.S. VIRGIN ISLANDS 00820

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 27 2012 ★
BROOKLYN OFFICE

February 23, 2012

*Via Overnight Mail*

Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11021

Re:  *United States v. Frank DiMattina*
     11 Cr. 705-01 (JBW)

**SENTENCING IS ADJOURNED TO 3/26/12 AT 10:30 a.m.**

[handwritten: Motion granted reset as requested. So ordered. /s/ 2/27/12]

Dear Judge Weinstein,

I write on behalf of my client, the above-referenced Frank DiMattina, for whom I recently filed a Notice of Appearance, replacing Mr. DeMattina's trial counsel. I write to respectfully request a brief adjournment of Mr. DiMattina's sentencing, currently scheduled for March 6, 2012 because Mr. DeMattina did not receive the Pre-Sentence Report ("PSR") until February 17, 2012 (the Friday before the three (3) day President's holiday weekend). The PSR was not made available to me until Monday, February 21, 2012.

The U.S. Sentencing Guidelines contemplates that a defendant has the PSR "at least 35 days before sentencing. *See* § 6A1.2 (a); *see also* Rule 32(e)(2), Fed. R. Crim. P. Accordingly, I respectfully request that Mr. DeMattina's sentencing be rescheduled for March 26, 2010 at 10AM. The extra time will allow me to properly prepare for defendant's sentencing.

I have discussed this matter with AUSA Jack Dennehy who informs me that he opposes this request.



LAW OFFICES OF
LAWRENCE H. SCHOENBACH, PLLC

Thank you for your consideration.

Very truly yours,

LAW OFFICES OF
LAWRENCE H. SCHOENBACH, PLLC

By: *[signature]*

Lawrence H. Schoenbach, Esquire

LHS/sms
Cc: AUSA Jack Dennehy, Esq.
Mr. Frank DeMattina