UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

FRANK DIMATTINA,

          Defendant.

ORDER RESPECTING TRIAL

11-CR-705

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 9 2012 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

Defendant's motion for a new trial under Fed. R. Crim. P. Rule 33(b)(1) shall be heard on March 26, 2012 at 10:30 a.m. If the motion is denied, the sentencing hearing shall immediately follow, as scheduled.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: March 19, 2012
      Brooklyn, New York

