LAW OFFICES OF
## LAWRENCE H. SCHOENBACH, PLLC
A PROFESSIONAL LIMITED LIABILITY COMPANY

LAWRENCE H. SCHOENBACH*
PARTNER, INSTITUTE FOR TAX AND
COMMERCIAL LAW, CH-ZURICH

OF COUNSEL
ELLEN BESSIS**
JURG BRAND***
ERICA B. POPKIN
A. JEFFREY WEISS****

*ALSO ADMITTED IN D. PUERTO RICO AND U.S.V.I.
**ADMITTED IN FRANCE ONLY
***ADMITTED IN SWITZERLAND ONLY
****ALSO ADMITTED IN U.S.V.I. AND III

THE TRINITY BUILDING
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
(212) 346-2400

FACSIMILE (212) 346-4665

SCHOENBACHLAWOFFICE@ATT.NET
WWW.SCHOENBACHLAW.US

108 BOULEVARD DU MONTPARNASSE
75014, PARIS, FRANCE

TALSTRASSE 82
POSTFACH 4818
8022, ZURICH, SWITZERLAND

2111 COMPANY STREET
CHRISTIANSTED, ST. CROIX
U.S. VIRGIN ISLANDS 00820

March 21, 2012

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 23 2012 ★
BROOKLYN OFFICE

<u>Via Facsimile Only (212 613-2527)</u>

Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11021

*Granted
So ordered
JW 3/22/12*

Re: United States v. Frank DiMattina
11 Cr. 705-01 (JBW)

Dear Judge Weinstein,

I write on behalf of my client, the above-referenced Frank DiMattina, to request that the Court permit a one-time extension of the defendant's bail conditions to allow Mr. DiMattina to visit his mother's grave on Saturday and to attend church on Sunday prior to Monday's scheduled Rule 33 hearing and/or sentencing.

If the Court were to grant this request Mr. DiMattina would be visiting his mother's grave site at The Resurrection Cemetery in Staten Island. The cemetery is a only few minutes from Mr. DiMattina's home but were he to visit it without your permission my client would be in violation of his bail terms. Mr. DiMattina's church, Holy Child Church, is also located in Staten Island, New York, and is also only a few minutes from his Staten Island home.

My client has made this request of his Pre-trial officer and was informed that this request required Your Honor's permission.

LAW OFFICES OF
LAWRENCE H. SCHOENBACH, PLLC

I have tried to discuss this matter with AUSA Jack Dennehy but my voicemail message to him was not returned before I needed to submit this request. Pre-trial conditions require that all requests such as are made here be made at least two (2) days prior to the date at issue.

Accordingly, I request that Mr. DiMattina's bail conditions be extended to allow him to visit his mother's grave on Saturday, March 24, 2012 and to attend church on Sunday, March 25, 2012.

Thank you for your consideration.

Very truly yours,

LAW OFFICES OF
LAWRENCE H. SCHOENBACH, PLLC

BY: _____
Lawrence H. Schoenbach, Esquire

LHS/sms
Cc: AUSA Jack Dennehy, Esq.
U.S. Pre-Trial Services (Attn. Ms. Lee)
Mr. Frank DiMattina