LAWRENCE H. SCHOENBACH*
PARTNER, INSTITUTE FOR TAX AND
COMMERCIAL LAW, CH-ZURICH

OF COUNSEL
ELLEN BESSIS**
JÜRG BRAND***
ERICA B. POPKIN
A. JEFFREY WEISS****

*ALSO ADMITTED IN D. PUERTO RICO AND U.S.V.I.
**ADMITTED IN FRANCE ONLY
***ADMITTED IN SWITZERLAND ONLY
****ALSO ADMITTED IN U.S.V.I. AND ILL.

LAW OFFICES OF
# LAWRENCE H. SCHOENBACH, PLLC
A PROFESSIONAL LIMITED LIABILITY COMPANY

THE TRINITY BUILDING
111 BROADWAY, SUITE 1305
NEW YORK, NEW YORK 10006
(212) 346-2400

FACSIMILE (212) 346-4665

SCHOENBACHLAWOFFICE@ATT.NET
WWW.SCHOENBACHLAW.US

108 BOULEVARD DU MONTPARNASSE
75014, PARIS, FRANCE

TALSTRASSE 82
POSTFACH 4818
8022, ZÜRICH, SWITZERLAND

2111 COMPANY STREET
CHRISTIANSTED, ST. CROIX
U.S. VIRGIN ISLANDS 00820

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 27 2012 ★

BROOKLYN OFFICE

March 21, 2012

*Via Overnight Mail*

Honorable Jack B. Weinstein
Senior United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11021

    Re:    United States v. Frank DiMattina
             11 Cr. 705-01 (JBW)

Dear Judge Weinstein,

    I write on behalf of my client, the above-referenced Frank DiMattina, to supplement his Sentencing Memorandum previously submitted to the Court via ECF on March 21, 2012.

    Attached hereto is a disc of a New Jersey State Police Honor Legion event honoring Mr. DiMattina on February 22, 2012. I respectfully ask that Your Honor consider it in connection with the defendant's upcoming sentencing currently scheduled for March 26, 2012.

    I have by separate letter sent a copy of this disc to AUSA Jack Dennehy.

Thank you for your consideration.

Very truly yours,

LAW OFFICES OF
LAWRENCE H. SCHOENBACH, PLLC

BY: _____
Lawrence H. Schoenbach, Esquire

LHS/sms
Cc:   AUSA Jack Dennehy, Esq.
      Mr. Frank DiMattina