# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### Eastern District of New York

**UNITED STATES OF AMERICA**

- against -

**FRANK DIMATTINA,**

**Defendant.**

Docket Number **11-CR-0705 (JBW)**

**The Honorable Jack B. Weinstein**
(District Court Judge)

Notice is hereby given that **the United States of America** appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment **X** ; Order ____ ; Other ____ ; _____ .
(specify)

entered in this action on **April 4, 2012** .
(specify)

Offense occurred after November 1, 1987   Yes **X**   No ____ .

The appeal concerns: **Judgment and Sentencing** .

Date **April 26, 2012**         **PETER A. NORLING, AUSA**
(Counsel for Appellant)

TO:  Lawrence H. Schoenbach, Esq.
111 Broadway - Suite 1305
New York, New York 10006
212-346-2400
**schoenbachlawoffice@att.net**

ADD ADDITIONAL PAGE IF NECESSARY

Address:   U.S. Attorney's Office - E.D.N.Y.
271 Cadman Plaza East
Brooklyn, New York, 11201

Telephone Number:   (718) 254-6280
E-Mail:   **Peter.Norling@usdoj.gov**

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ____ I am ordering a transcript.<br> **X** I am not ordering a transcript.<br>Reason:<br>____ Daily copy is available<br> **X** U.S. Attorney has placed order<br>____ Other. Attach explanation | Prepare transcript of    Dates<br>____ Pre-trial proceedings _____<br>____ Trial _____<br>____ Sentence _____<br>____ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature   **/s/ PETER A. NORLING**         Date   **April 26, 2012**

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002