**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JD

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 1, 2011

**By ECF**

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Frank Dimattina
         Criminal Docket No. 11-705 (JBW)

Dear Judge Weinstein:

    The government respectfully writes in response to the defendant's July 27, 2012 motion (See, Dkt. Entry 91), to modify the conditions of his release for one week. As correctly stated in counsel's motion, the government does not oppose this request, subject to the consent, control and order of the Pre-Trial Services officer assigned to monitor Mr. Dimattina.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney

By:      /s/
    Jack Dennehy
    Assistant U.S. Attorney
    (718) 254-6133

cc:  Jeffrey Lichtman, Esq. (by ECF)