U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

JD

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D N Y

★ AUG 07 2012 ★

BROOKLYN OFFICE

August 1, 2011

**By ECF**

The Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  United States v. Frank Dimattina
           Criminal Docket No. 11-705 (JBW)

Dear Judge Weinstein:

     The government respectfully writes in response to the defendant's July 27, 2012 motion (See, Dkt. Entry 91), to modify the conditions of his release for one week. As correctly stated in counsel's motion, the government does not oppose this request, subject to the consent, control and order of the Pre-Trial Services officer assigned to monitor Mr. Dimattina.

                                Respectfully submitted,

                                LORETTA E. LYNCH
                              United States Attorney

                  By:      /s/
                         Jack Dennehy
                         Assistant U.S. Attorney
                         (718) 254-6133

cc:  Jeffrey Lichtman, Esq. (by ECF)

[Handwritten annotation: Notify: Granted on terms set forth below. So ordered. JW 8/3/12]